**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Freddie Cruz, | No. CV07-0527-PHX-DGC (CRP) |
| Petitioner, | **ORDER** |
| v. | |
| Ivian Bartous, Warden, Arizona Attorney General, | |
| Respondents. | |

Petitioner Freddie Cruz has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. #1. United States Magistrate Judge Charles R. Pyle has issued a report and recommendation ("R&R") recommending that the petition be denied. Dkt. #17. No objection has been filed, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). The Court will accept the R&R and deny the petition.

**IT IS ORDERED:**

1. The R&R (Dkt. #17) is **accepted**.
2. The petition for writ of habeas corpus (Dkt. #1) is **denied**.
3. A certificate of appealability and leave to proceed *in forma pauperis* on appeal are **denied**

4. The Clerk is directed to **terminate** this action.

DATED this 29th day of April, 2010.

*David G. Campbell*
—————————————————
David G. Campbell
United States District Judge